# ATTACHMENT A



# FELGOISE LAW FIRM

The Pavilion - Suite 518
261 Old York Road - PO Box 706
Jenkintown, PA 19046
(215) 886-1900

Brian M. Felgoise
Jeffrey M. Izes

Members of Pennsylvania
and New Jersey Bars

May 13, 2015

**VIA CERTIFIED MAIL #70140150000171526305**
**VIA CERTIFIED MAIL #70140150000171526329**

Eric Schmidt, Chief Executive Officer
Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Kent Walker, General Counsel
Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

**RE:   *Google Play Gift Cards***

Dear Gentlemen:

We represent Lorena Hernandez and all other consumers similarly situated in an action against Google, Inc., arising out of *inter alia*, misrepresentations by Google to consumers regarding the Google Play Gift Cards and the ability to purchase items on Google Play.

Plaintiff and others similarly situated purchased Google Play Gift Cards, unaware of the fact that defendant's representations were not truthful and that there is no way possible for them to spend the dollar figure on the Gift Card or fully utilize the dollar amount spent without having to purchase additional Google Play Gift Cards. The full claims, including the facts and circumstances surrounding these claims, are detailed in the Class Action Complaint, a copy of which is attached and incorporated herein by this reference.

These representations and omissions are false and misleading and constitute unfair methods of competition and unlawful, unfair, and fraudulent acts or practices, undertaken by defendants with the intent to result in the sale of Google Play Gift Cards to the consuming public.

Defendant's practices, constitute violations of the Consumers Legal Remedies Act, California Civil Code §1750 *et seq.* Specifically, defendant's practices violate California Civil Code §1770(a) under, *inter alia*, the following subdivisions:

(5) [or] Representing that Google Play Gift card . . . approval, characteristics, . . . uses benefits . . . which they do have . . .

(9) Advertising goods . . . with intent not to sell them as advertised.

(14) Representing that a transaction confers or involves rights, remedies, or obligations which it does not have, or involved, or which are prohibited by law.

Eric Schmidt and Kent Walker
May 13, 2015
Page 2 of 2

---

    (16)    Representing that Google Play Gift Card has been supplied in accordance with a previous representation which [they have] not.

If our client had known the true nature of the Google Play Gift Card, she would not have purchased it. Our client is a citizen of the State of California and is a consumer as defined in California Civil Code § 1761(d) because she purchased the Google Play Gift Card for personal, family, or household purposes. Our client saw and read the Google Play Gift Card's representations and relied on such false and deceptive marketing in deciding to purchase it. As a result, our client has suffered a loss of money.

We hereby demand on behalf of our client and all other similarly situated that Google immediately: (1) cease and desist from continued sales of the misrepresented Google Play Gift Card; (2) initiate a corrective Terms & Conditions advertising campaign to inform consumers about the true nature of the Google Play Gift Card; and (3) offer to refund the purchase price of all Google Play Gift Cards, plus reimbursement of interest. Please comply with this demand within thirty (30) days from receipt of this letter.

If Google wishes to discuss the issues contained in this letter, kindly, contact the undersigned immediately.

Thank you for your attention to this matter.

Sincerely,

BRIAN M. FELGOISE

cc: David N. Lake, Esquire (w/enc)

BMF/mmc
Enc.