1  STEPHEN R. BASSER (121590)
   SAMUEL M. WARD (216562)
2  BARRACK, RODOS & BACINE
   600 West Broadway, Suite 900
3  San Diego, CA 92101
   Telephone: (619) 230-0800
4  Facsimile: (619) 230-1874
   sbasser@barrack.com
5  sward@barrack.com

6  *Counsel for Plaintiffs, the Proposed Class and the Proposed Sub-Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LORENA HERNANDEZ and MALYNDA HERNANDEZ on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC. (a Delaware Corporation) and GOOGLE PAYMENT CORPORATION,<br><br>Defendants. | Case No. 5:15-cv03303<br><br>**STIPULATION AND [PROPOSED] ORDER ALTERING BRIEFING SCHEDULE**<br><br>Judge:      Hon. Beth Labson Freeman<br>CMC Date:   July 21, 2016<br>Time:       11:00 A.M.<br>Courtroom:  3<br>Trial Date: None Set |

1    Plaintiffs Lorena Hernandez and Malynda Hernandez ("Plaintiffs") and Defendants Google
2 Inc. and Google Payment Corporation (collectively, "Google") (Plaintiffs and Google collectively
3 "the Parties"), by and through their respective counsel, and pursuant to Civil Local Rules 6-1(b) and
4 6-2, stipulate and agree as follows:
5    WHEREAS, Plaintiffs filed the complaint in the above-entitled action in the United States
6 District Court, Northern District of California, San Jose Division, on July 16, 2015 (the
7 "Complaint");
8    WHEREAS, Google filed a Motion to Dismiss the Complaint and to Strike Plaintiffs' Class
9 Allegations on February 1, 2016 (Dkt. No. 26) ("Motion to Dismiss");
10   WHEREAS, pursuant to the Court's February 19, 2016 Order Altering the Briefing Schedule
11 and Continuing the Case Management Conference (L.R. 6-1(b) and L.R. 6-2)), Plaintiffs'
12 Opposition to Google's Motion to Dismiss is due on April 15, 2016;
13   WHEREAS, pursuant to Civil Local Rule 7-3(c), Google's Reply in Support of its Motion to
14 Dismiss is due on April 29, 2016;
15   WHEREAS, the hearing on Google's Motion to Dismiss is set for July 21, 2016 at 9:00 a.m.;
16   WHEREAS, the Parties agree that an extension of Plaintiffs' Opposition to Google's Motion
17 to Dismiss to May 13, 2016 and an extension of Google's Reply in Support of its Motion to Dismiss
18 to June 3, 2016 will permit more efficient case management, will serve the interests of judicial
19 economy, will conserve Party and Court resources, and will facilitate settlement discussions;
20   WHEREAS, the Parties seek this extension and continuance in good faith and to facilitate
21 continued settlement discussions and not for the purposes of delay;
22   WHEREAS, the extensions sought by the Parties will not disturb either the hearing date
23 scheduled for Google's Motion to Dismiss or the Case Management Conference;
24   NOW, THEREFORE, the Parties hereby stipulate and agree as follows, subject to Court
25 approval:
26   1.   Plaintiffs' Opposition to Google's Motion to Dismiss shall be filed on or before May
27 13, 2016;
28

2. Google's Reply in Support of its Motion to Dismiss shall be filed on or before June 3, 2016; and

3. The hearing date on Google's motion to dismiss remains set for July 21, 2016 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: April 13, 2016

/s/Samuel M. Ward
Samuel M. Ward

BARRACK, RODOS & BACINE
Attorneys for Plaintiffs Lorena Hernandez
and Malynda Hernandez

/s/Darcie A. Tilly
Darcie A. Tilly

COOLEY LLP
Attorneys for Defendants Google Inc. and
Google Payment Corporation

### SIGNATURE ATTESTATION

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

/S/ SAMUEL M. WARD
SAMUEL M. WARD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

THE HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE