STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile:  (619) 230-1874
sbasser@barrack.com
sward@barrack.com

*Counsel for Plaintiffs, the Proposed Class and the Proposed Sub-Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LORENA HERNANDEZ and MALYNDA HERNANDEZ on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC. (a Delaware Corporation) and GOOGLE PAYMENT CORPORATION,<br><br>Defendants. | Case No. 5:15-cv03303<br><br>**STIPULATION AND [PROPOSED] ORDER ALTERING BRIEFING SCHEDULE**<br><br>Judge:        Hon. Beth Labson Freeman<br>CMC Date:  July 7, 2016<br>Time:         11:00 A.M.<br>Courtroom:  3<br>Trial Date:  None Set |

1    Plaintiffs Lorena Hernandez and Malynda Hernandez ("Plaintiffs") and Defendants Google

2  Inc. and Google Payment Corporation (collectively, "Google") (Plaintiffs and Google collectively

3  "the Parties"), by and through their respective counsel, and pursuant to Civil Local Rules 6-1(b) and

4  6-2, stipulate and agree as follows:

5    WHEREAS, Plaintiffs filed the complaint in the above-entitled action in the United States

6  District Court, Northern District of California, San Jose Division, on July 16, 2015 (the

7  "Complaint");

8    WHEREAS, Google filed a Motion to Dismiss the Complaint and to Strike Plaintiffs' Class

9  Allegations on February 1, 2016 (Dkt. No. 26) ("Motion to Dismiss");

10    WHEREAS, on April 24, 2016, the Court reset the hearing on the Motion to Dismiss and the

11  Case Management Conference to July 7, 2016;

12    WHEREAS, pursuant to the Court's May 13, 2016 Order granting the Parties' Stipulation

13  Altering Briefing Schedule, Plaintiffs' Opposition to Google's Motion to Dismiss is due on June 2,

14  2016 and Google's Reply in Support of its Motion to Dismiss is due on June 23, 2016;

15    WHEREAS, the Parties agree that an extension of Plaintiffs' deadline for their Opposition to

16  Google's Motion to Dismiss to and including June 9, 2016, will permit more efficient case

17  management, will serve the interests of judicial economy, will conserve Party and Court resources,

18  and will facilitate settlement discussions; and

19    WHEREAS, the Parties seek this extension in good faith and to facilitate continued

20  settlement discussions and not for the purposes of delay.

21    NOW, THEREFORE, the Parties hereby stipulate and agree as follows, subject to Court

22  approval:

23    1.    Plaintiffs' Opposition to Google's Motion to Dismiss shall be filed on or before June

24  9, 2016; and

25    2.    The deadline for Google's Reply in Support of its Motion to Dismiss remains the

26  same.

27    3.    The hearing date on Google's Motion to Dismiss remains the same.

28  / / /

Stipulation Altering Briefing Schedule
Case No.: 5:15-cv-03303

4.    The dates and deadlines associated with the Initial Case Management Conference (Dkt. No. 32) remain the same.

**IT IS SO STIPULATED.**

Dated: June 2, 2016

/s/Samuel M. Ward                                    /s/Darcie A. Tilly
Samuel M. Ward                                       Darcie A. Tilly

BARRACK, RODOS & BACINE                  COOLEY LLP
Attorneys for Plaintiffs Lorena Hernandez    Attorneys for Defendants Google Inc. and
and Malynda Hernandez                            Google Payment Corporation

<u>**SIGNATURE ATTESTATION**</u>

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

/S/ SAMUEL M. WARD
SAMUEL M. WARD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 2, 2016

THE HON.  BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE