1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  (sbasser@barrack.com)
   SAMUEL M. WARD (216562)
3  (sward@barrack.com)
   600 West Broadway, Suite 900
4  San Diego, CA  92101
   Telephone:     (619) 230-0800
5  Facsimile:     (619) 230-1874

6  Attorneys for Plaintiffs
   LORENA HERNANDEZ and MALYNDA HERNANDEZ
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | LORENA HERNANDEZ and | No. 15-cv-03303-BLF
   | MALYNDA HERNANDEZ on Behalf of |
12 | Themselves and All Others Similarly | **STIPULATION OF DISMISSAL WITHOUT**
   | Situated, | **PREJUDICE**
13 | |
   |              Plaintiffs, |
14 | | Judge:        Hon. Beth Labson Freeman
   |      v. | Trial Date:   None Set
15 | |
   | GOOGLE, INC. (a Delaware |
16 | Corporation) and GOOGLE PAYMENT |
   | CORPORATION, |
17 | |
   |              Defendants. |
18

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Lorena Hernandez and Malynda Hernandez ("Plaintiffs") and Defendants Google Inc. and Google Payment Corporation, by and through their respective counsel, hereby stipulate and agree that all of Plaintiffs' claims in this action are hereby dismissed without prejudice.

Because this stipulation is signed by all parties who have appeared, no Court order is necessary to effectuate dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Dated: June 9, 2016

| COOLEY LLP | BARRACK, RODOS & BACINE |
|---|---|
| */s/Michelle C. Doolin* | */s/Samuel M. Ward* |
| Michelle C. Doolin | Samuel M. Ward |
| Attorneys for Defendants Google Inc. and Google Payment Corporation | Attorneys for Plaintiffs Lorena Hernandez and Malynda Hernandez |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Samuel M. Ward, attest that concurrence in the filing of this Stipulation of Dismissal Without Prejudice has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of June, 2016, at San Diego, California.

*/s/ Samuel M. Ward*
Samuel M. Ward